10 A.3d 879

IN THE MATTER OF JOHN S. BOYER, AN ATTORNEY AT LAW (ATTORNEY NO. 017151980).

January 19, 2011.

**ORDER**

This matter having been duly presented to the Court on the application of the Director of the Office of Attorney Ethics, and with the consent of **JOHN S. BOYER** of **MOORESTOWN**, who was admitted to the bar of this State in 1980;

And the Office of Attorney Ethics and **JOHN S. BOYER** having agreed that **JOHN S. BOYER** lacks the capacity to practice law at this time and should be transferred to disability inactive status pursuant to *Rule* 1:20–12;

And good cause appearing;

It is ORDERED that **JOHN S. BOYER** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **JOHN S. BOYER** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **JOHN S. BOYER** comply will *Rule* 1:20–20 governing incapacitated attorneys.